PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSHUA BROCK, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 15, 2025.

2. By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on October 28, 2024. Time has already been excluded through and including January 15, 2025, under Local Code T4.

3. On October 15, 2024, the signed plea agreement was filed.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

| | | |
|---|---|---|
| Dated: October 15, 2024 | | PHILLIP A. TALBERT<br>United States Attorney |
| | | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: October 15, 2024 | | /s/ JOHN F. GARLAND<br>JOHN F. GARLAND<br>Counsel for Defendant<br>JOSHUA BROCK |

2

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __October 15, 2024__

_____
UNITED STATES DISTRICT JUDGE